IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br><br>FUNDS IN THE AMOUNT OF ONE HUNDRED<br>TWELVE THOUSAND FOUR HUNDRED TWENTY<br>DOLLARS ($112,420.00) in U.S. CURRENCY,<br>        Defendant.<br><br>TERRI SMITH and STEPHEN M. KOMIE<br>        Claimants. | No. 20-cv-433-RJD |

## CLAIMANT TERRI SMITH'S ANSWER TO
## VERIFIED COMPLAINT FOR FORFEITURE

NOW COMES Claimant, TERRI SMITH, by and through her attorney STEPHEN M. KOMIE of KOMIE AND ASSOCIATES and answers the Verified Complaint for Forfeiture, *in rem*. In support thereof, Claimant states that she is the owner of the Defendant *res* and answers the Verified Complaint as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 21 U.S.C. § 881(a)(6) for the forfeiture of property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. §§ 801 *et seq*.

ANSWER: Claimant denies the allegations of Paragraph 1.

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

ANSWER: Claimant denies the jurisdiction of the court as the Defendant funds were

deposited in a bank account and are no longer in the custody of the agents who seized them or the custody of the court.

3. The defendant property is $112,420.00 in United States Currency.

ANSWER: Claimant denies the amount of $112,420.00 in United States Currency was the amount seized, but rather states the amount seized was $112,700.00 in United States Currency.

4. The defendant property was seized on or about January 22, 2020, from Terri Smith during a traffic stop on Interstate 70 west bound near mile marker 25, Madison County, Illinois.

ANSWER: Claimant admits the allegations of Paragraph 4.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

ANSWER: Claimant has no knowledge as to the whereabouts of the Defendant res and its custody and therefore, denies Paragraph 5.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

ANSWER: Claimant admits there is a Declaration attached to the Verified Complaint filed [Dkt 1-1]. However, Claimant does not have knowledge of the actions, opinions, or information known to TFO Waddington; therefore, Claimant denies the allegation thereof and demands strict proof.

7. The defendant property constitutes property furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or property used to facilitate a violation of 21 U.S.C. §§ 801 *et seq*. and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

ANSWER: Claimant denies the allegations of Paragraph 7.

8. The property is already in the possession, custody, and control of the United States.

ANSWER: Claimant has no knowledge as to the whereabouts of the Defendant res and its custody and therefore, denies Paragraph 8.

**Affirmative Defenses**

A1.     The Verified Amended Complaint fails to state a claim upon which relief can be granted.

A2.     That the defendant *res* was not (1) furnished or intended to be furnished in exchange for a controlled substance, (2) traceable to such an exchange, or (3) used or intended to be used to facilitate a violation of Title 21 U.S.C. Section 801 et seq.

A3.     That the Defendant *res* was not used to facilitate a criminal offense.

A4.     That the Defendant *res* was not substantially connected to the commission of a criminal offense.

A5.     That the Defendant *res* was not involved in the commission of a criminal offense.

A6.     That the search, seizure, and proceeding *in rem* forfeiture violates the Fifth Amendment rights of the claimant to obtain just compensation from her government for the seizure of her property.

A7.     That these proceedings are used as a vehicle to employ summary judgment to deprive the claimant of her historic constitutional rights to a jury trial *in rem* forfeiture proceedings.

A8.     That the claimant's rights under the Fourth Amendment were violated in the search and seizure performed by the peace officers who seized the defendant currency.

A9. That there was no probable cause for the seizure of defendant currency except for the presence of the claimant traveling via car.

A10. That there was not reasonable suspicion to stop claimant on Interstate 70.

A11. That the United States currency is contaminated with trace amounts of drugs which leads to a canine alert, although, the money has not been derived from, a part of, or intended to be used in a controlled substance transaction.

A12. That the claimant is the innocent owner of possibly contaminated currency.

A13. That the amount to be forfeited is in violation of the Excessive Fines Clause of the United States Constitution.

### Counter Claim
### Count I
### Attorneys' Fees and Costs

1. That Claimant believes she is entitled to attorneys' fees and costs of this action together with interest as provided by the Asset Forfeiture Reform Act.

WHEREFORE, the Claimant, TERRI SMITH, respectfully pray this Court enter judgment in favor of the claimants and against plaintiff and respectfully prays for the following relief:

A. That the Court enter a judgment in favor of the Claimants and against the United States.

B. That the Court grant costs in connection with the pursuit of a claim in this action.

   C. That the Court pursuant to statute as made and provided award attorneys' fees and costs for this action.

               Respectfully submitted,

           By: /s/ Stephen M. Komie
              TERRI SMITH, Claimant
              by and through her attorneys
              KOMIE AND ASSOCIATES


Stephen M. Komie, Esq.
Komie and Associates
One N. LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800
stephen_m_komie@komie-and-associates.com

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br><br>FUNDS IN THE AMOUNT OF ONE HUNDRED<br>TWELVE THOUSAND FOUR HUNDRED TWENTY<br>DOLLARS ($112,420.00) in U.S. CURRENCY,<br>    Defendant.<br><br>TERRI SMITH and STEPHEN M. KOMIE<br>    Claimants. | )<br>)<br>)<br>)<br>)<br>) No. 20-cv-433-RJD<br>)<br>)<br>)<br>)<br>)<br>) |

## **VERIFICATION**

  I, TERRI SMITH, under the penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the attached Answer to Verified Complaint are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.

Dated: 7/27/2020

                _Terri Ann Smith_
                TERRI SMITH

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF ONE HUNDRED TWELVE THOUSAND FOUR HUNDRED TWENTY DOLLARS ($112,420.00) in U.S. CURRENCY, | ) ) ) | No. 20-cv-433-RJD |
|     Defendant. | ) | |
| | ) | |
| | ) | |
| TERRI SMITH and STEPHEN M. KOMIE | ) | |
|     Claimants. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, deposes and states that a true and correct copy of Claimant **TERRI ANN SMITH's VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE** has been served upon the below named party(ies), by filing said document in the CM/ECF system on August 3, 2020.

William Coonan
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
Liam.Coonan@usdoj.gov

Clerk of the U.S. District Court
for the Southern District of Illinois
750 East Missouri Avenue
East St. Louis, Illinois 62201

                                                                     /s/ Stephen M. Komie