IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

USA,

Plaintiff,

v.

$112,420.00 IN UNITED STATES CURRENCY,

Defendant.

Case No. 20-cv-433 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 7/7/2023

MONICA A. STUMP, Clerk of Court

*s/Tina Gray, Deputy Clerk*

Approved:   *s/J. Phil Gilbert*
              J. PHIL GILBERT
              DISTRICT JUDGE